UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
CLARENCE FOSTER,

     Plaintiff,

     -against-

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.
----------------------------------------------------------------x

**ORDER**
24-CV-6451 (OEM)

**ORELIA E. MERCHANT, United States District Judge:**

  Plaintiff filed the complaint on September 12, 2024.  The parties are directed to adhere to

the following procedure, which the Eastern District of New York Board of Judges has adopted

for expediting the disposition of Social Security cases:

1. Plaintiff shall file and serve a motion for judgment on the pleadings by January 13, 2025; Defendant shall file and serve its response to Plaintiff's motion, which response must contain a full recitation of the relevant facts and underlying administrative proceedings, by March 14, 2025; and Plaintiff shall file and serve a reply, if any, by April 14, 2025.

2. Memoranda in support of, or in opposition to, any motion filed in this matter, shall in all other respects comply with applicable Local Rules for this district and this Court's Individual Practices and Rules, including, but not limited to, page limitations.

      SO ORDERED:

      ___/s/ Orelia E. Merchant__
      ORELIA E. MERCHANT
      United States District Judge

Dated: Brooklyn, New York
   November 20, 2024

1